373 A.2d 1116

Commonwealth v. Bracey, Appellant.

Argued March 16, 1977.  James H. Rowland, Jr., with him Rowland and Rowland, for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1117

Commonwealth v. Ruby Brickus, Appellant.

Commonwealth v. Victor Kirby Brickus, Appellant.

Argued March 15, 1977.  John J. Krafsig, Jr., for appellants; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.